# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
## -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA ) | 2:07-cr-00016-PMP(GWF) |
| Plaintiff, ) | |
| ) | **ORDER FOR ISSUANCE OF** |
| vs ) | **WRIT OF HABEAS CORPUS** |
| ) | **AD PROSEQUENDUM FOR** |
| BRIDGETTE CHAPLIN, ) | **BRIDGETTE CHAPLIN** |
| Defendant. ) | |

Upon reading the petition of the United States Attorney for the District of Nevada, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directing the production of the body of the said BRIDGETTE CHAPLIN before the United States District Court at Las Vegas, Nevada, on or about June 21, 2011, at the hour of 3:00 p.m., for Initial Appearance and any further proceedings and from time to time and day to day thereafter until excused by the said Court.

**DATED**:   June 16, 2011

_____
GEORGE FOLEY, JR.
United States Magistrate Judge