UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 2:07-cr-016-PMP-GWF |
| Plaintiff, | ) **ORDER TO REMAND DEFENDANT BACK TO FEDERAL CUSTODY TO SERVE FEDERAL SENTENCE** |
| vs. | ) |
| BRIDGETTE CHAPLIN, | ) |
| Defendant | ) |

THIS MATTER HAVING COME on for hearing in the regular business of the Court, the Court makes the following Findings of Fact and Order:

FINDINGS OF FACT

1. The Defendant was sentenced by this Court on August 8, 2011, to serve 18 months in federal custody for violation of probation in the instant case.

2. The Defendant was transferred to the State of Nevada and sentenced on August 29, 2011, to serve 12-30 months in custody, concurrent with her federal sentence.

3. It was the intent of the Judge in that case that Defendant receive concurrent time on both her federal and local cases. This was brought to the attention of this Court at the time of sentence.

4. The interests of justice dictate that Defendant be remanded back to federal custody to serve her sentence so that she can receive concurrent time as ordered by the State Court Judge.

-1-  LAW OFFICES OF MICHAEL I. GOWDEY, LTD.
NEVADA BAR NO. 6994
815 S. CASINO CENTER BLVD.

ORDER

THE DEFENDANT, BRIDGETTE CHAPLIN, is hereby ordered remanded back to federal custody to serve her sentence in this matter. The United States Marshal Service is ordered to effectuate transport of Defendant back to the Federal Bureau of Prisons so that she can be designated for sentence.

**IT IS SO ORDERED.**

Dated: October 3, 2011.

_____
PHILIP M. PRO
United States District Judge