

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | 2:07-CR-016-PMP-GWF |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| BRIDGETTE LYNN CHAPLIN, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in Criminal Case (#20) on November 21, 2007. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution was not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) in the amount(s) listed below:

Name of Payee: Bank of America
Amount of Restitution: $156.23

Name of Payee: Macy's
Amount of Restitution: $408.00

Name of Payee: Providian Financial/WAMU
Amount of Restitution: $19.99

Name of Payee:  E-Trade Bank
Amount of Restitution: $1571.52

Name of Payee:  Chase Bank
Amount of Restitution: $578.07

**Total Amount of Restitution Ordered:** $2,733.81

Dated this ___21___ day of October, 2016.

_____
UNITED STATES DISTRICT JUDGE